(3)

FILED

SEP - 9 2005

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re ) Case No. 05-22712-C-7
)
CHARRINNE R. REYNOLDS, )
)
    Debtor. )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW ON
MOTION TO REDEEM COLLATERAL**

    These findings of fact and conclusions of law are rendered in this contested matter pursuant to Federal Rule of Civil Procedure 52 as incorporated by Federal Rules of Bankruptcy Procedure 7052 and 9014.

<u>Jurisdiction</u>

    Jurisdiction is founded upon 28 U.S.C. § 1334. This is a core proceeding. 28 U.S.C. § 157(b)(2)(G).

<u>Findings of Fact</u>

    On June 7, 2005, a hearing was held on debtor's motion to reaffirm an obligation owed to American General Financial Group ("creditor"). At the hearing, the debtor stated the obligation was secured by personal property intended primarily for personal, family or household use. The debtor represented that the fair market value of the collateral, various furniture items including a bedroom set and end table, was $400.00. The debtor orally amended the reaffirmation agreement to include a motion to redeem

15

the collateral for its fair market value under 11 U.S.C. § 722.

A hearing was scheduled for September 6, 2005 to consider the amended motion. Notice was given to the creditor. No opposition to the motion was filed. Upon review of the record, the court determined that the written record was adequate because there were no contested issues of fact and that no oral argument was necessary.

## Conclusions of Law

Under 11 U.S.C. § 722, a debtor may redeem consumer collateral by "cashing out" a creditor for the fair market value of the collateral. The fair market value of the collateral is determined to be $400.00

Accordingly, the motion to redeem the collateral for $400.00 will be granted.

An appropriate order will issue.

Dated: September 9, 2005

UNITED STATES BANKRUPTCY JUDGE

**CERTIFICATE OF SERVICE**

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

Charrinne Reynolds
1102 Park Blvd.
West Sacramento, CA 95691

Gerald Ainsworth
P.O. Box 6011
Incline Village, NV 89450-6227

American General Financial Service
5311 Elkhorn Blvd.
Sacramento, CA 95842-2526

Dated: 9/13/05

_____
Deputy Clerk
Catherine Rosso